# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 04-cr-00463-MSK-11

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DENISHA WALKER,

        Defendant.

## ORDER TERMINATING PROBATION
## PRIOR TO ORIGINAL EXPIRATION DATE

On September 8, 2006, the Probation Department submitted a petition to the Court requesting early termination of probation supervision in this case 12 months prior to the scheduled termination date. This petition was approved by the Court to be submitted to the Government on September 13, 2006, for their response. The Probation Department was subsequently advised that the Government does not object to the proposed relief.

Accordingly, it is:

ORDERED that the defendant be discharged from probation and that the proceedings in this case be terminated.

Dated this 20th day of September, 2006

        **BY THE COURT:**

        *Marcia S. Krieger*

        Marcia S. Krieger
        United States District Judge